UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

                -against-

   LAZARETH PAULINO,                1:22-cr-522-GHW-11

                     Defendant.      ORDER
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2025

GREGORY H. WOODS, United States District Judge:

    The sentencing hearing currently scheduled for July 11, 2025 at 11:00 a.m. is rescheduled. The hearing will take place on July 14, 2025 at 2:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: July 11, 2025
New York, New York

                                               _____
                                                 GREGORY H. WOODS
                                          United States District Judge